**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**MANOLO H. OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant BLUE PRYNT, L.L.C.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE PRYNT, L.L.C., a California Limited Liability Company; and Does 1-10.<br><br>　　　　Defendant. | 2:17-CV-01676-JAM-CKD<br><br>**ORDER RE: DEFENDANT BLUE PRYNT, LLC'S REQUEST FOR LEAVE TO FILE OPPOSITION TO MOTION TO STRIKE ANSWER** |

  After review of Defendant BLUE PRYNT, L.L.C.'s request for leave to file an opposition to plaintiff's motion to strike answer, and the plaintiff having no opposition, the Court grants defendant leave.  The opposition shall be filed and served no later than not less than fourteen (14) days preceding the noticed (or continued) hearing date.

**IT IS SO ORDERED.**


DATED:  February 11, 2022　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Case Number 2:17-CV-01676-JAM-CKD
Johnson v. Blue Prynt, LLC
Order re: Request for Leave to File Opposition to Motion to Strike Answer