UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE PRYNT LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:17-cv-01676-JAM-CKD<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**<u>ORDER</u>**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered **DISMISSED** with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 13, 2023    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE